**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**Alesia Denise Jackson,**

        *Plaintiff,*

                                                   **Case No. 3:25-cv-005**

**v.**                                                 **Judge Thomas M. Rose**


**National Church Residences of Hoover Place,**
**LLC, et al.,**

        *Defendants.*

---

**DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE GENTRY (ECF 9) THAT THAT THE COURT DISMISS ALL CLAIMS AGAINST DEFENDANT SAMBA SILLA AND TERMINATE HIM AS A DEFENDANT IN THIS CASE, OVERRULING OBJECTION (ECF 20) AND GRANTING IN PART MOTION FOR EXTENSION OF TIME (ECF 23). PLAINTIFF IS GRANTED AN EXTENSION UNTIL JULY 31, 2026, TO RESPOND TO DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM. (ECF 14.) NO FURTHER EXTENSIONS WILL BE GRANTED.**

---

Pending before the Court is the Report and Recommendations of United States Magistrate Judge Caroline H. Gentry, (ECF 9), who has reviewed the *pro se* plaintiff's complaint pursuant to 28 U.S.C. § 1915(e), and recommends that the Court dismiss all claims against Defendant Samba Silla and terminate him as a defendant in this case. *Pro se* Plaintiff Alesia Denise Jackson has objected to this recommendation. (ECF 20.)

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court

has made a *de novo* review of the record in this case. Upon said review, the Court finds that the Report and Recommendation is correct. Wherefore, the Court **ADOPTS** Report and Recommendations of the Magistrate Judge, (ECF 35), and **DISMISSES** all claims against Defendant Samba Silla and **TERMINATES** him as a defendant in this case.

Also pending is Plaintiff's Motion for Extension of Time in Response to Defendants Motion to Dismiss. (ECF 23.) Therein, Plaintiff requests and extension until December 29, 2026 [sic] to respond to Defendants' Motion to Dismiss (ECF 14), which has been pending since April 27, 2026. This is Plaintiff's third request for an extension of time to reply to this motion. (*See* ECF 18, 19, 21, 22.) The Court **GRANTS IN PART** this motion. Plaintiff is **GRANTED** until July 31, 2026, to respond to the motion. No further extensions will be granted.

**DONE** and **ORDERED** this Tuesday, June 30, 2026.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

2